# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Lori Hake, <br><br> Plaintiff, <br><br> v. <br><br> IC System Inc., <br><br> Defendant. | Case No.: <br><br> **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** <br><br> **JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5), which Plaintiff allegedly owed to Bank of America.

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. In or around July 2010, Plaintiff retained an attorney with respect to the alleged debt.

6. On or around August 17, 2010, Plaintiff's attorney faxed Defendant notice of Plaintiff's representation, provided contact information for the attorney's office, and instructed Defendant to cease further communications to Plaintiff.

7. Facsimile confirmation indicates that Defendant received this notice on August 17, 2010.

8. Despite receipt of this notice, Defendant telephoned Plaintiff in connection with the collection of the debt on numerous occasions between August 17, 2010 and October 2010.

9. On or around October 5, 2010, Defendant telephoned Plaintiff in connection with the collection of the debt.

10. During this communication, Plaintiff reiterated that she was represented by an attorney with respect to the debt, provided her attorney's contact information, and requested that Defendant no longer contact her about the debt.

11. Despite this additional notice, Defendant continued to call Plaintiff in connection with the collection of the debt.

12. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

13. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

14. Defendant violated 15 U.S.C. §1692c(a)(2) by communicating with Plaintiff despite having knowledge that Plaintiff was represented by an attorney with respect to the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

15. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

16. Defendant violated 15 U.S.C. §1692c(c) by communicating with Plaintiff notwithstanding its receipt of written cease and desist instructions.

## JURY DEMAND

17. Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

18. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

    b. For such other legal and/or equitable relief as the Court deems appropriate.

        RESPECTFULLY SUBMITTED,

        Legal Helpers, P.C.

        By: /s/ Timothy J. Sostrin
            Timothy J. Sostrin
            233 S. Wacker Dr., Suite 5150
            Chicago, IL 60606
            Telephone: 866-339-1156
            Fax: 312-822-1064
            Email: tjs@legalhelpers.com
            Attorneys for Plaintiff