# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| Lori Hake<br><br>    Plaintiff,<br><br>v.<br><br>I.C. System Incorporated<br><br>    Defendant. | Case No. 2:10-cv-00916<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

    RESPECTFULLY SUBMITTED,

    Legal Helpers, P.C.

    By: /s/ Timothy J. Sostrin
        Timothy J. Sostrin
        233 S. Wacker Dr., Suite 5150
        Chicago, IL 60606
        Telephone: 866-339-1156
        Fax: 312-822-1064
        Email: tjs@legalhelpers.com
        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2010, I served Defendant with the foregoing Notice by depositing a copy of the same in the U.S. Mail addressed as follows:

Sue Johnson
Director of Legal Affairs
I.C. System, Inc.
444 Highway 96 East
St. Paul, MN 55127-2557

/s/ Timothy J. Sostrin